IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 SEP 23 A 10: 25

CLERK

UNITED STATES OF AMERICA )
)
) CASE NO.: CR297-38
v. )
)
RALPH McIVER )

## ORDER

Defendant, an inmate currently incarcerated at the Federal Correctional Institution in Jesup, Georgia, has filed a pleading titled "Notice of Acceptance For Value and Consideration and Return for Full Settlement and Closure by Special Visitation." (Doc. 295.) Defendant asks the Court to "discharge purported public charges in this matter." Defendant's request is **DENIED**.

**SO ORDERED**, this 23 day of Sept., 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)